Submitted May 2, reversed June 11, 2008

In the Matter of D. T.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

D. T.,
*Appellant.*

Multnomah County Circuit Court
070463377; A135539

186 P3d 323

Liza J. Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Justice J. Rillera, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing her to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is unable to provide for her basic needs. The state concedes that the record lacks clear and convincing evidence that defendant's mental disorder causes her to be unable to provide for her basic needs. On *de novo* review, we find the state's concession to be well founded and accept it.

Reversed.